UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GORE MARINE
TRANSPORTATION COMPANY,
as owner and operator of the M/V
POPS,

    Petitioner,

v.                                          Case No. 3:21-cv-525-TJC-MCR

GREAT LAKES DREDGE & DOCK
COMPANY, LLC and NON-
FILING CLAIMANTS,

    Defendants._____

## ENTRY OF FINAL DEFAULT JUDGMENT

Pursuant to Fed. R. Civ. P. 55(a), default is entered against the defendant **NON-FILING CLAIMANTS,** in Jacksonville, Florida, on the 11th day of January 2022.

ELIZABETH M. WARREN, CLERK

s/ *A. Rock*, Deputy Clerk

Copies furnished to:

Counsel of Record